WILLIAM W. GREEN, Respondent, v. VIRGINIA GREEN, Appellant.— Without adopting the reasons given by the court at Special Term, we believe that this order should be affirmed. Order unanimously affirmed, without costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BOGERT, RUESS & BROWN, INC., and DOUGLAS BROWN, Respondents, v. LOUIS R. BOGERT, INC., and Others, Defendants, Impleaded with J. GILMORE FLETCHER, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BOGERT, RUESS & BROWN, INC., and DOUGLAS BROWN, Respondents, v. LOUIS R. BOGERT, INC., and Others, Defendants, Impleaded with JOHN L. HAFNER, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BOGERT, RUESS & BROWN, INC., and DOUGLAS BROWN, Respondents, v. LOUIS R. BOGERT, INC., and Others, Defendants, Impleaded with MARTIN JENTER and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BOGERT, RUESS & BROWN, INC., and DOUGLAS BROWN, Respondents, v. LOUIS R. BOGERT, INC., and LOUIS R. BOGERT, Appellants, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of Arbitration Proceedings Pursuant to a Contract Dated January 30, 1937, upon the Complaint of JOSEPH D. BASSON, as President of Moving Picture Machine Operators Union of Greater New York, Local No. 306 of International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, a Voluntary Association of More Than Seven Persons, Complainant, Respondent, against ADENOS AMUSEMENT CORPORATION and Another, Respondents, and EMMONS THEATRE CORPORATION, Appellant.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the complainant, respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CARLL SMITH CHACE, Appellant, v. ELEANOR UPTON CHACE, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ALICE AMELUNG and FRED AMELUNG, Respondents, v. BRANDT TRANSPORTATION CORP., Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollats costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.